UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WILLIAM DAVID BUSH, | No. 2:26–cv–02002–DAD-SCR |
| Plaintiff, | ORDER |
| v. | |
| AMERICAN EXPRESS NATIONAL BANK, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se in this matter, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Before the court is Plaintiff's motion for leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person that is unable to pay such fees). ECF No. 2. The Court will deny the motion and allow Plaintiff leave to file a renewed motion or pay the filing fee.

The motion makes an insufficient showing to proceed in forma pauperis ("IFP"). The Ninth Circuit has recognized "one need not be absolutely destitute to obtain benefits" of the IFP statute. *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015). However, "a plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty." *Id.* (internal citation and quotation omitted).

1

Plaintiff's application to proceed IFP appears incomplete. It is titled as a "draft application". ECF No. 2 at 1. It further states that the "draft is not a substitute" for the current official Eastern District of California form, but Plaintiff does not attach the standard AO 240 form. Plaintiff states that his monthly income is zero. ECF No. 2 at 1. Plaintiff lists that he currently has $2,500 in his checking account. *Id.* Plaintiff states that he owns three vehicles, including a Range Rover. As to real estate owned, Plaintiff writes "in conflict." *Id.* Plaintiff states for an answer as to some expenses and financial obligations, "varies." *Id.* Plaintiff provides an "explanation" for why he cannot pay, and states it's because law and justice should be free. *Id.* at 2.

The Court would be better able to assess Plaintiff's request to proceed IFP if he completes the standard AO 240 form. Plaintiff should provide information as to average monthly expenses rather than stating "varies." Similarly, Plaintiff must list debts or financial obligations in response to question #8 on the AO 240 form, rather than stating that they vary. Plaintiff should also clearly list the current value of the three vehicles he owns—the current motion states "$25,000 in total," but it is unclear whether this is the value of the assets, or the outstanding loan balance. Plaintiff must also fully answer question #5 on the AO 240 form concerning assets.

Because Plaintiff's motion is incomplete and in "draft" form, it will be denied. Plaintiff may file a renewed motion, and provide all of the information required by the AO 240 form.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to proceed IFP (ECF No. 2) is DENIED.

2. Plaintiff may file a renewed motion to proceed IFP that addresses the issues set forth herein within 21 days of the date of this Order, and that fully answers the questions on the AO 240 form.

3. The Clerk of Court is directed to provide Plaintiff with a copy of the AO 240 form along with this Order.

4. Alternatively, if Plaintiff does not wish to supplement his motion, Plaintiff may pay the filing fee.

5.  If Plaintiff does not supplement the application or pay the filing fee within 21 days, the Court will recommend that this action be dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 22, 2026

Hon. Sean C. Riordan
U.S. MAGISTRATE JUDGE

3